Generated: Oct 28, 2022 3:42PM                                                                                         Page 1/1



# U.S. District Court

## Texas Western - El Paso

Receipt Date: Oct 28, 2022 3:42PM

Erik Salaiz
319 Valley Fair Way
El Paso, TX 79907

| Rcpt. No: 603 | Trans. Date: Oct 28, 2022 3:42PM | | | Cashier ID: #LA |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #28409132755 | 10/28/2022 | $402.00 |
| | | | Total Due: | $402.00 |
| | | | Total Tendered: | $402.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** CIVIL FILING FEE EP:22-CV-0391-DB SALAIZ V. MV REALTY OF TEXAS LLC

Clerk, U.S. District Court - El Paso Division - 525 Magoffin Avenue, Suite 105, El Paso, TX 79901 - (915) 534-6725 - www.txwd.uscourts.gov