**FILED**
December 20, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Laura Loera_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **MV REALTY OF TEXAS LLC,** a Texas Limited § | **EP-22-CV-0391-DB** |
| Liability Company and **AMANDA J. ZACHMAN** § | |
| § | |
| **Defendants.** § | |

## PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE
## AND MOTION TO VACATE ALL DEADLINES

The Plaintiff and Defendants MV REALTY OF TEXAS LLC, and AMANDA J. ZACHMAN. respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Plaintiff and the Defendants counsel are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines for Defendants MV REALTY OF TEXAS LLC, and AMANDA J. ZACHMAN. related to the above-captioned matter and allow 60 days to submit the Notice of Dismissal.

December 20, 2022,                                    Respectfully submitted,

Erik Salaiz
Plaintiff, Pro-se
319 Valley Fair Way
El Paso, TX 79907
915-490-0898

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § § § **Plaintiff,** § § v. § § **MV REALTY OF TEXAS LLC,** a Texas Limited § Liability Company and **AMANDA J. ZACHMAN** § § § **Defendants.** § § | EP-22-CV-0391-DB |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, I caused a true copy of the foregoing, **PLAINTIFF'S NOTICE OF SETTLEMENT** to be served via electronic mail on all counsel of record.

Dated December 20, 2022,                Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-490-0898
Salaiz.ep@gmail.com