IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ,** Plaintiff, | § § § | |
| v. | § § § | EP-22-CV-391-DB |
| **MV REALTY OF TEXAS LLC,** a Texas Limited Liability Company and **AMANDA J. ZACHMAN,** Defendants. | § § § § § | |

## FINAL JUDGMENT

On January 25, 2023, Plaintiff Erik Salaiz filed a "[ ] Motion To Dismiss With Prejudice" ("Motion"). ECF No. 10. The Court granted the Motion on January 26, 2023. ECF No. 11. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

SIGNED this 27TH day of **January 2023**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE